Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of molds in chief value of metal, designed only for use on bending machines for shaping decorated glass pieces, which machines contain an essential electrical feature, having the same uses and of the same kind in all material respects as the molds which were the subject of Abstract 59921, the claim of the plaintiff was sustained.

**No. 60617.**—Senter Brass Products Corp. *v.* United States, protests 188714–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 60618.**—Senter Brass Products Corp. *v.* United States, protests 192423–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 60619.**—Metallizing Engineering Co., Inc. *v.* United States, protests 247671–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of metal-spray gun machines the same in all material respects as those the subject of *Metallizing Engineering Co., Inc.* v. *United States* (36 Cust. Ct. 205, C. D. 1775), the claim of the plaintiff was sustained.